**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 25-1255**

———————————

ANWAR A. AALAAM, Vessel; c/o Anwar A. Aalaam - Living Man,

     Plaintiff - Appellant,

        v.

MOVEMENT MORTGAGE, LLC, As Lender, and/or its successors, individually, and in their official capacity, an ens legis being used to conceal fraud; U. S. BANK NATIONAL ASSOCIATION, trustee for GNMA REMIC TRUST 2021-154,

     Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:24-cv-00213-KDB-DCK)

———————————

Submitted:  August 19, 2025                           Decided:  August 20, 2025

———————————

Before RICHARDSON, RUSHING, and BERNER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Anwar A. Aalaam, Appellant Pro Se.  Thomas G. Hooper, BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C., Charlotte, North Carolina; Wade Leach, III, Charlotte, North Carolina, Joshua Howard Threadcraft, BURR & FORMAN, LLP, Birmingham, Alabama, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anwar A. Aalaam appeals the district court's orders dismissing his civil complaint related to mortgage foreclosure for failure to state a claim and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we grant Aalaam's motion for leave to file supplemental evidence, deny Aalaam's motion for judicial notice, deny as moot Aalaam's emergency motion for stay pending appeal, and affirm the district court's orders. *Aalaam v. Movement Mortg., LLC*, No. 5:24-cv-00213-KDB-DCK (W.D.N.C. Feb. 24, 2025 & March 06, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*